**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: **Ding v. LaRose, et al.** Case Number: **26-cv-1533-CAB-MMP**

Hon. Cathy Ann Bencivengo Ct. Deputy Lori Hernandez Rptr Tape: N/A

The Court held a hearing on the petition for a writ of habeas corpus on April 7, 2026. [Doc. No. 7.] For the reasons stated on the record at the hearing, the petition is DENIED.

Date: April 9, 2026 Initials: MS